UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FRANK STEVEN DAVIS,
    Petitioner,

vs.                              Case No.:   3:20cv5974/LAC/EMT

JULIE JONES,
    Respondent.
_____/

## ORDER

The chief magistrate judge issued a Report and Recommendation on January 29, 2021 (ECF No. 4). Petitioner was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.    The chief magistrate judge's Report and Recommendation (ECF No. 4) is adopted and incorporated by reference in this order.

2.    Petitioner's habeas petition (ECF No. 1) is **DISMISSED for lack of jurisdiction**, pursuant to 28 U.S.C. § 2244(b).

3.    A certificate of appealability is **DENIED**.

4. Petitioner's Motion to Proceed in forma pauperis (ECF 6) is **DENIED** as moot.

5. The clerk of court is directed to close this case.

**DONE AND ORDERED** this 4th day of March, 2021.

                                          *s/L.A. Collier*
                                        **LACEY A. COLLIER**
                                        **SENIOR UNITED STATES DISTRICT JUDGE**